JS-6

1   Christopher J. Hamner, Esq. (SBN 197117)
2   **HAMNER LAW OFFICES, APLC**
3   26565 West Agoura Road, Suite 200-197
    Calabasas, California 91302
4   Telephone: (888) 416-6654
    chamner@hamnerlaw.com
5

6   Attorneys for Plaintiff

7           **UNITED STATES DISTRICT COURT**
8
9       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10  MIRJANA ILIC, dba IL SOGNO AT          Case No.:   2:20-cv-06517-DDP-PD
    EL PASEO, aka IL SOGNO, INC.,
11  aka IL SOGNO, a California resident,
12                                          **[PROPOSED] ORDER TO DISMISS**
            Plaintiff                       **THE CASE**
13
14              v.
15
    LIBERTY MUTUAL
16  INSURANCE, aka LIBERTY
    MUTUAL INSURANCE
17  COMPANY, a Massachusetts
    corporation; and DOES 1
18  THROUGH 5, inclusive,
19
20          Defendants.
21
22
23
24
25
26
27
28

                                    1

# [PROPOSED] ORDER

It is hereby ordered that this matter is dismissed in its entirety without prejudice.

Dated:  12-7-2020

_____

Honorable Judge Dean D. Pregerson

2